McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
88 Pine Street – 24th Floor
New York, New York 10005
T: (212) 483-9490
F: (212) 483-9129 FAX
*Attorneys for Defendant*
*Colonial Surety Company*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x

LAWRENCE UNION FREE SCHOOL DISTRICT,    Civil Action No.: 16-cv-17

                Plaintiff,

    -against-

COLONIAL SURETY COMPANY,                **NOTICE OF REMOVAL**

                Defendant.

--------------------------------------------------------------- x

    Defendant, Colonial Surety Company ("Colonial") through its counsel, McElroy, Deutsch, Mulvaney & Carpenter, LLP, hereby submits this Notice of Removal pursuant to 28 U.S.C. § 1441, *et seq.* and E.D.N.Y. Civ. R. 81.1, and alleges the following in support thereof:

    1.    On or about November 23, 2015, Plaintiff, the Lawrence Union Free School District (the "Plaintiff") commenced a civil action against Colonial by filing a Summons and Complaint in the Supreme Court of the State of New York, Nassau County, bearing Index No. 607583/2015.

    2.    A true and accurate copy of the Summons and Complaint is annexed hereto as **Exhibit "A"**.

3. According to Plaintiff's Compliant, Plaintiff seeks to recover monetary damages from Colonial in an amount not less than $312,500 for an alleged breach of a performance bond. See Exhibit A.

4. Plaintiff served the Summons and Complaint on Colonial on December 4, 2015.

5. A true and accurate copy of the Affidavit of Service is annexed hereto as **Exhibit "B"**.

6. This Notice of Removal is being filed within thirty (30) days after service of the Summons and Complaint, and therefore, it is timely filed in accordance with 28 U.S.C. § 1446(b).

7. Plaintiff is a citizen of the State of New York, being a Union Free School District organized and existing under the Education Law of the State of New York, with an office at 2 Reilly Road, Lawrence New York.

8. Colonial is a citizen of the Commonwealth of Pennsylvania, being a corporation organized and existing by virtue of the laws of, the Commonwealth of Pennsylvania with its principal place of business located at 123 Tice Boulevard, Woodcliff Lake, New Jersey 07677.

9. This Notice of Removal is being filed pursuant to 28 U.S.C. § 1441(a), which provides for removal of "any civil action brought in a state court of which the district courts of the United States have original jurisdiction."

10. Pursuant to 28 U.S.C. § 1332(a)(1), the district courts have original jurisdiction over this civil action because the matter in controversy exceeds $75,000, and there is complete diversity between the parties.

11. Pursuant to 28 U.S.C. § 1441(a), venue is proper because the state action commenced by Plaintiff is pending within this judicial district.

12. A true and accurate copy of the "Notice to State Court of Filing of Notice of Removal" that Colonial intends to file with the Supreme Court of the State of New York, County of Nassau, is annexed hereto as **Exhibit "C."**

13. A true and accurate copy of the "Notice to Plaintiff of Removal" that Colonial intends to serve to Plaintiff's counsel is annexed hereto as **Exhibit "D."**

**WHEREFORE**, Defendant, Colonial Surety Company, respectfully requests that the instant action be removed from the Supreme Court of the State of New York, County of Nassau, to the United States District Court for the Eastern District of New York.

Dated: January 4, 2016

By: ___s/Michael C. Delaney_____
Michael C. Delaney, Esq.
McELROY, DEUTSCH, MULVANEY
 & CARPENTER, LLP
88 Pine Street – 24th Floor
New York, New York 10005
(212) 483-9490
(212) 483-9129 FAX
mdelaney@mdmc-law.com
*Attorneys for Defendant*
*Colonial Surety Company*

To:   Christopher G. Kirby, Esq.
Minerva & D'Agostino, P.C.
107 S. Central Ave.
Valley Stream, New York 11580
(516) 872-7400
*Attorneys for Plaintiff*
*Lawrence Union Free School District*

Clerk
Supreme Court of the State of New York
Nassau County
100 Supreme Court Drive
Mineola, New York 11501